IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Romayne A. Williams aka Romayne Ann Williams aka Romayne Williams<br>Terry L. Williams Jr. aka Terry LaRue Williams, Jr. aka Terry Williams, Jr. aka Terry L. Williams aka Terry Williams<br>　　　　　Debtors | CHAPTER 13 |
| CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VI<br>　　　　　Movant<br>　　　vs. | NO. 15-05165 JJT<br><br>Nature of Proceeding: Motion for Relief |
| Romayne A. Williams aka Romayne Ann Williams aka Romayne Williams<br>Terry L. Williams Jr. aka Terry LaRue Williams, Jr. aka Terry Williams, Jr. aka Terry L. Williams aka Terry Williams<br>　　　　　Debtors<br><br>Charles J. DeHart, III Esq.<br>　　　　　Trustee | |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; both parties are attempting settlement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 15, 2016　　　　　　　　　**/s/ Joshua I. Goldman, Esquire** _____
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　BNY Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 627-1322
　　　　　　　　　　　　　　　　　　　Fax (215) 825-6406