# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

September 2, 2016

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:   TERRY L. WILLIAMS, JR.
          ROMAYNE A. WILLIAMS
          CHAPTER 13 BANKRUPTCY
          CASE NO. 5:15-bk-05165

Dear Madam/Sir:

I have received returned mail for Midland Funding, a creditor in the above-referenced bankruptcy. The incorrect address is:

        Midland Funding
        8875 Aero Drive
        Suite 200
        San Diego, CA 92123-2255

Please note the new address. Correspondence should be mailed to:

        Midland Credit Management, Inc.
        As agent for Midland Funding, LLC
        PO Box 2011
        Warren, MI 48090

Kindly update your records. Thank you.

                    Very truly yours,

                    <u>/s/Michelle Bergeron</u>
                    Michelle Bergeron, Paralegal
                    For C. STEPHEN GURDIN, JR., ESQ.