# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

September 2, 2016

CLERK U.S. BANKRUPTCY COURT
Ronald Reagan Federal Bldg.
228 Walnut St., Rm. 320
Harrisburg, PA 17108

    RE:   TERRY L. WILLIAMS, JR.
           ROMAYNE A. WILLIAMS
           CHAPTER 13 BANKRUPTCY
           CASE NO. 5:15-bk-05165

Dear Madam/Sir:

I have received returned mail for Nudelman, Nudelman & Zeiring, PC, a creditor in the above-referenced bankruptcy. The incorrect address is:

        Nudelman, Nudelman & Ziering, PC
        425 Eagle Rock Ave.
        Roseland, NJ 07068-1787

Please note the new address. Correspondence should be mailed to:

        Nudelman, Klemm & Golub, PC
        425 Eagle Rock Ave., Ste. 403
        Roseland, NJ 07068

Kindly update your records. Thank you.

        Very truly yours,


        /s/Michelle Bergeron
        Michelle Bergeron, Paralegal
        For C. STEPHEN GURDIN, JR., ESQ.