# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry L. Williams, Jr. and Romayne A. Williams | BKY. NO. 15-05165 JJT |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VI, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6344

                                                            Respectfully submitted,

                                                            **/s/ Thomas Puleo**
                                                            Thomas Puleo, Esquire
                                                            James C. Warmbrodt, Esquire
                                                            KML Law Group, P.C.
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106-1532
                                                            (215) 825-6306  FAX (215) 825-6406
                                                            Attorney for Movant/Applicant