```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                   Case No. 15-05165-JJT
Terry L. Williams, Jr.                                                   Chapter 13
Romayne A. Williams
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner              Page 1 of 2            Date Rcvd: Jan 11, 2017
                              Form ID: ordsmiss          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db/jdb         +Terry L. Williams, Jr.,   Romayne A. Williams,   20 Shiffer Lane,   Hudson, PA 18705-3412
4728393        +Bank Of America,   Correspondence FL-1-908-01-49,   Po Box 31785,   Tampa, FL 33631-3785
4774896        +Citibank, N.A., et al,    c/o Nationstar Mortgage LLC,   P.O. Box 619096,
                 Dallas, TX 75261-9096
4728396        +Citibank/Sears,   Citicorp Credit/Centalized Bankruptcy,   Po Box 790040,
                 Saint Louis, MO 63179-0040
4728397        +Clear Spring Loan Serv,   18451 N Dallas Pkwy Ste,   Dallas, TX 75287-5202
4728399        +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
4728400        +First National Collection Bureau In,   610 Waltham Way,   Sparks, NV 89434-6695
4728403        +First Step Group, LLC,   6300 Shingle Creek Parkway,   Ste. 220,
                 Brooklyn Center, MN 55430-2162
4728405         KML Law Group, P.C.,   701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
4728413        +Markind Law Group,   102 Browning Ln Ste 1,   Cherry Hill, NJ 08003-3195
4728406        +Markind Law Group, PC,   102 Browning Ln., Ste. 1,   Cherry Hill, NJ 08003-3195
4728407        +Midland Credit Management, Inc.,   As agent for Midland Funding, LLC,   PO Box 2011,
                 Warren, MI 48090-2011
4728409       #+Patenaude & Felix, APC,   213 East Main Street,   Carnegie, PA 15106-2701
4728414        +Synch/lowes Dc,   P.O. Box 965005,   Orlando, FL 32896-5005
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4728391         EDI: PHINAMERI.COM Jan 11 2017 18:58:00      Americredit,   Po Box 183583,   Arlington, TX 76096
4728390        +E-mail/Text: seinhorn@ars-llc.biz Jan 11 2017 18:58:22      Ability Recovery Services, LLC,
                 P.O. Box 4262,   Scranton, PA 18505-6262
4728392        +EDI: ACCE.COM Jan 11 2017 18:58:00      Asset Acceptance,   Attn: Bankrupcy Dept,   Po Box 2036,
                 Warren, MI 48090-2036
4735762        +EDI: STFC.COM Jan 11 2017 19:03:00      CACH, LLC,   4340 S MONACO STREET, 2ND FLOOR,
                 DENVER, CO 80237-3485
4728394        +EDI: STFC.COM Jan 11 2017 19:03:00      Cach Llc/Square Two Financial,   Attention: Bankruptcy,
                 4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3485
4728395        +EDI: CAPITALONE.COM Jan 11 2017 19:03:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
4728398         EDI: DISCOVER.COM Jan 11 2017 19:03:00      Discover,   P.O. Box 30943,
                 Salt Lake City, UT 84130
4728404         EDI: FORD.COM Jan 11 2017 18:58:00      Ford Motor Credit,   Po Box 62180,
                 Colorado Springs, CO 80962
4728402        +EDI: AMINFOFP.COM Jan 11 2017 18:58:00      First Premier Bank,   Po Box 5524,
                 Sioux Falls, SD 57117-5524
4728401        +EDI: AMINFOFP.COM Jan 11 2017 18:58:00      First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
4728411         EDI: PRA.COM Jan 11 2017 18:58:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
4745141         EDI: PRA.COM Jan 11 2017 18:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4728410         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2017 18:58:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
4762435        +EDI: JEFFERSONCAP.COM Jan 11 2017 19:03:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
4731688         EDI: RECOVERYCORP.COM Jan 11 2017 18:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4728412        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 11 2017 18:54:47      Regional Acceptance Co,
                 621 W Newport Pike,   Wilmington, DE 19804-3235
4750592         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 11 2017 18:54:47      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
4728415         E-mail/Text: BKRMailOps@weltman.com Jan 11 2017 18:58:10      Weltman, Weinberg & Reis Co. LPA,
                 325 Chestnut St., Suite 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4752396         FNMA, c/o ClearSpring as Attorney in fact,   18451 North Dallas Parkway Suite 100. Da
4752397         FNMA, c/o ClearSpring as Attorney in fact,   18451 North Dallas Parkway Suite 100. Da
4752398         FNMA, c/o ClearSpring as Attorney in fact,   18451 North Dallas Parkway Suite 100. Da
4728408*       +Midland Credit Management, Inc.,   As agent for Midland Funding, LLC,   PO Box 2011,
                 Warren, MI 48090-2011
4753152*       +Midland Credit Management, Inc.,   as agent for  MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
```
              C. Stephen Gurdin, Jr    on behalf of Debtor Terry L. Williams, Jr. ecf@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Joint Debtor Romayne A. Williams ecf@gurdinlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT
               SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VI bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT
               SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VI tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Terry L. Williams Jr.<br>aka Terry LaRue Williams Jr., aka Terry Williams Jr.,<br>aka Terry Williams, aka Terry L. Williams<br>Romayne A. Williams<br>aka Romayne Ann Williams, aka Romayne Williams | Chapter 13<br>Case No. 5:15−bk−05165−JJT |

**Debtor(s)**

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: January 11, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk